IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01687-REB-BNB

DALENE BREW,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania insurance company,
and
COLORADO ALLERGY AND ASTHMA CENTERS, P.C., LONG0-TERM DISABILITY
PLAN, an ERISA welfare benefit plan,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Re-Schedule Settlement Conference**
[docket no. 17, filed February 12, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for
February 20, 2007, is **vacated and reset to April 11, 2007, at 1:30 p.m.,** in Chambers A-442,
Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please
remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be
required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that the counsel **shall have parties present at the
Settlement Conference** who shall have **full authority** to negotiate all terms and demands
presented by the case, and **full authority** to enter into a settlement agreement, including an
adjustor if an insurance company is involved.  This requirement is not satisfied by the presence of
counsel only.

The Confidential Settlement Statements shall be submitted by e-mail in PDF format
addressed to Boland_Chambers@cod.uscourts.gov., on or before **April 4, 2007**.  **In addition,
each Confidential Settlement Statement must contain a specific offer of compromise,
including the dollar amount each client will accept or pay in settlement and any essential
non-economic terms.**  Failure to submit Confidential Settlement Statements on time may result in
the Settlement Conference being vacated.

DATED:  February 13, 2007